

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HENRY ERIC JOHNSON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV408-262
)
SPENCER LAWTON, JR. et al., )
)
    Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Doc. 5). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation.[1] Accordingly, the Report and Recommendation is **ADOPTED** as the Opinion of this Court. This case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 4th day of March, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Without passing on the validity of Plaintiff's claim of imminent danger, the Court notes that Plaintiff's contention is wholly undercut by his request for monetary damages only. (Doc. 1 at 14.) This suit does not seek a release from prison, which is the only remedy that would save Plaintiff from the imminent danger he alleges.